No. 994. ROKEY ET AL. *v.* DAY & ZIMMERMANN, INC. March 31, 1947. Petition for writ of certiorari to the

Circuit Court of Appeals for the Eighth Circuit denied. *J. C. Pryor* for petitioners. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Samuel D. Slade* for respondent.